KARA HENDRICKS, ESQ.
Nevada Bar No. 07743
KYLE A. EWING, ESQ.
Nevada Bar No. 014051
MADELEINE COLES, ESQ.
Nevada Bar No. 16216
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive Suite 600
Las Vegas, Nevada  89135
Telephone:  (702) 938- 6856
Facsimile:   (702) 792-9002
hendricksk@gtlaw.com
ewingk@gtlaw.com
madeleine.coles@gtlaw.com

*Attorneys for Plaintiff Geoff Winkler, as Receiver for Profit Connect Wealth Services, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GEOFF WINKLER, AS RECEIVER FOR PROFIT CONNECT WEALTH SERVICES, INC., <br><br>Plaintiff,<br><br>v.<br><br>ARNOLD THOMPSON, an individual; ERIC GARRISON, an individual; JOHN GUETTERMAN, an individual; SHANE RYAN, an individual; STAN POPHAL, an individual; BRANDON MOODY, an individual; DAVID WILLIAMS, an individual; KOKO HUNT, an individual; JENNIFER KNIGHT, an individual; TALMADGE PETERSON, an individual; BRIAN SMITH, an individual; JOHN GIGER, an induvial; MICHAEL MARTIN, an individual; VERLYN HARRIS, an individual; BETHANY VOYDAT, an individual; OMEGA ELECTRIC, a Nevada Limited-Liability Company; DAVID BRUERD, an individual; BRIAN FOUTS, an individual; JEFF STEPHAN, an individual; and WILLIAM DIVINE, an individual,<br><br>Defendants. | Case No. 2:25-cv-01522-JCM-DJA<br><br>**STIPULATION AND ORDER TO DISMISS DEFENDANT WILLIAM DIVINE ONLY** |

ACTIVE 715580855v2

Plaintiff Geoff Winkler, in his capacity as Receiver of Profit Connect Wealth Services, Inc. ("the Receiver"), on the one hand, and Defendants William Divine ("Divine"), on the other hand, hereby stipulated and agree to **DISMISS** the above-captioned matter as to Divine only, in its entirety, **WITH PREJUDICE.** Each party shall bear their own attorney's fees and costs.

DATED this 23rd day of October, 2025.

**KNIGHT & RYAN**

/s/ Robert A. Ryan

ROBERT A. RYAN, ESQ.
Nevada Bar No. 12084
9728 Gillespie Street
Las Vegas, Nevada 89183

**Attorneys for Defendant William Divine**

DATED this 23rd day of October, 2025.

**GREENBERG TRAURIG, LLP**

/s/ Kara B. Hendricks

KARA HENDRICKS, ESQ.
Nevada Bar No. 07743
KYLE A. EWING, ESQ.
Nevada Bar No. 014051
MADELEINE COLES, ESQ.
Nevada Bar No. 16216
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135

**Attorneys for Plaintiff Geoff Winkler, as Receiver for Profit Connect Wealth Services, Inc.**

**IT IS SO ORDERED.**

JAMES C. MAHAN
United States District Court Judge

DATED: October 24, 2025

2