KARA HENDRICKS, ESQ.
Nevada Bar No. 07743
KYLE A. EWING, ESQ.
Nevada Bar No. 014051
STEVEN SHEVORSKI, ESQ.
Nevada Bar No. 8256
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive Suite 600
Las Vegas, Nevada  89135
Telephone:  (702) 938- 6856
Facsimile:   (702) 792-9002
hendricksk@gtlaw.com
ewingk@gtlaw.com
steven,shevorski@gtlaw.com

*Attorneys for Plaintiff Geoff Winkler, as*
*Receiver for Profit Connect Wealth*
*Services, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GEOFF WINKLER, AS RECEIVER FOR PROFIT CONNECT WEALTH SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> ARNOLD THOMPSON, an individual; ERIC GARRISON, an individual; JOHN GUETTERMAN, an individual; SHANE RYAN, an individual; STAN POPHAL, an individual; BRANDON MOODY, an individual; DAVID WILLIAMS, an individual; KOKO HUNT, an individual; JENNIFER KNIGHT, an individual; TALMADGE PETERSON, an individual; BRIAN SMITH, an individual; JOHN GIGER, an induvial; MICHAEL MARTIN, an individual; VERLYN HARRIS, an individual; BETHANY VOYDAT, an individual; OMEGA ELECTRIC, a Nevada Limited-Liability Company; DAVID BRUERD, an individual; BRIAN FOUTS, an individual; JEFF STEPHAN, an individual; and WILLIAM DIVINE, an individual, <br><br> Defendants. | Case No. 2:25-cv-01522-JCM-DJA <br><br> ~~**[PROPOSED]**~~ **ORDER** GRANTING IN PART AND DENYING IN PART THE RECEIVER'S MOTION FOR ALTERNATIVE SERVICE (ECF NO. 36) AND GRANTING THE RECEIVER'S MOTION TO EXTEND TIME (ECF NO. 37). |

GREENBERG TRAURIG, LLP
10845 GRIFFITH PEAK DRIVE SUITE 600 , LAS VEGAS, NEVADA 89135
TELEPHONE: (702) 938-6856

ACTIVE 717898228v1

1    The Court having reviewed the Receiver's Motions for Alternative Service and

2  Extension of Time to Serve Process (ECF Nos. 36 & 37) ("the Motions") and there being no

3  opposition to the Motions and the Court having found that cause exists ~~to grant the Motions,~~

4    **IT IS ORDERED AS FOLLOWS:**

5    (1)    The motion for alternative service (ECF No. 36) is granted in part and denied in part and the motion to extend time (ECF No. 37) is granted.

6    (2)    Geoff Winkler (the "Receiver") will, with respect to Defendants Garrison,

7  Moody, Peterson, Ryan, and Thompson, serve the summons and complaint, and this Order

8  authorizing alternative services, via US Certified Mail, return receipt requested, to each of the

9  known personal addresses;

10    (3)    The Receiver will, with respect to Defendant~~s~~ Giger, ~~Harris, and Hunt,~~ serve

11  by publication in newspapers in Arizona, ~~Utah, and Hawaii, respectively~~ the states where the

12  Receiver believes ~~each~~ Defendant to be located.

13  / / /

14  / / /

15  / / /

16

17

18

19

20

21

22

23

24

25

26

27

28

GREENBERG TRAURIG, LLP
10845 GRIFFITH PEAK DRIVE SUITE 600 , LAS VEGAS, NEVADA 89135
TELEPHONE: (702) 938-6856

ACTIVE 717898228v1

GREENBERG TRAURIG, LLP
10845 GRIFFITH PEAK DRIVE SUITE 600, LAS VEGAS, NEVADA 89135
TELEPHONE: (702) 938-6856

(a)    The language of Profit Connect Wealth Services, Inc. summons will read as follows, respective to each Defendant:

"Plaintiff Geoff Winkler, as Receiver for Profit Connect Wealth Services, Inc. ("the Receiver") filed suit to recover funds that were wrongfully obtained from investors and distributed to Profit Connect's founders, Joy and Brent Kovar, and to promoters of Profit Connect. The Receiver alleges that you, [Defendant's Name], were a promoter of Profit Connect and received funds that were fraudulently obtained from investors. The Receiver alleges causes of action against you, [Defendant's Name], for violation of Nevada's Uniform Fraudulent Transfers Act and unjust enrichment. The Receiver seeks the relief available to him according to Nevada law, including but not limited to, the funds that Profit Connect transferred to you and that you retained under circumstances that were either fraudulent or unjust."

(4)    The deadline to serve shall be extended by ninety (90) days.

(5) The motion for alternative service is denied in part as it relates to service on Haris and Hunt. (ECF No. 36). The Receiver must, if he wishes to serve Defendants Harris and Hunt by alternative means, file a separate motion to serve them which motion details his attempts to serve Harris and Hunt at the additional addresses that the Receiver identified for them.

IT IS SO ORDERED.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: January 12, 2026

ACTIVE 717898228v1